UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **KIMBERLY G. RODRIQUEZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 3:14-01890 |
| ) | Judge Sharp |
| **CITIMORTGAGE, INC.;** ) | |
| **BROCK & SCOTT, PLLC** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation ("R & R") (Docket No. 12) in which he recommends that Defendants' unopposed Motion to Dismiss (Docket No. 10) be granted and that this case be dismissed with prejudice. Plaintiff has not filed any objections to the R & R.

Having conducted a *de novo* review of the record in accordance with Rule 72(b) of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly,

(1) The R & R (Docket No. 12) is hereby ACCEPTED and APPROVED;

(2) Defendants' Motion to Dismiss (Docket No. 10) is GRANTED;

(3) This case is hereby DISMISSED WITH PREJUDICE; and

(4) With these rulings, Plaintiffs' Motion for Preliminary Injunction (Docket No. 2) is DENIED AS MOOT.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE